FUSSELL *et al. v.* DANIELS *et al.*

BECK, P. J. 1. The court did not err in overruling the general demurrer to the petition. Civil Code, § 3016; *Crawford* v. *Wilson,* 139 *Ga.* 654 (78 S. E. 30, 44 L. R. A. (N. S.) 773); *Richardson* v. *Cade,* 150 *Ga.* 535 (104 S. E. 207); *Ansley* v. *Ansley,* 154 *Ga.* 357 (114 S. E. 182); *Fay* v. *Burton,* 147 *Ga.* 648 (95 S. E. 222); *Heery* v. *Heery,* 144 *Ga.* 467 (87 S. E. 472); *Hagan* v. *Conway,* 115 *Ga.* 130 (41 S. E. 493); *Belt* v. *Lazenby,* 126 *Ga.* 767 (56 S. E. 81).

2. The special grounds of demurrer, so far as meritorious, were met by amendment. While other grounds may have pointed out defects in the pleadings, they were not of such materiality as to make it reversible error to overrule them. *Judgment affirmed. All the Justices concur.*

No. 10065. SEPTEMBER 17, 1934.

*E. L. Grantham* and *Kelley & Dickerson,* for plaintiffs in error.
*McDonald & Gibson,* contra.